UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BAYER CROPSCIENCE LP, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:13CV2375 CDP |
| TEXANA RICE MILL LTD, et al., | ) |
| Defendants. | ) |

**FINAL JUDGMENT IN INTERPLEADER**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Claimant Amegy National Bank Association shall have the judgment of the interpleaded funds remaining in the registry of the Court.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that all other Claimants shall take nothing and their cross-claims against Amegy National Bank Association are dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2015.